Certificate Number: 13138-KS-DE-011988558

Bankruptcy Case Number: 10-22158



13138-KS-DE-011988558

## C<span style="font-variant:small-caps">ERTIFICATE</span> O<span style="font-variant:small-caps">F</span> D<span style="font-variant:small-caps">EBTOR</span> E<span style="font-variant:small-caps">DUCATION</span>

I CERTIFY that on August 13, 2010, at 6:18 o'clock PM CDT, Linda Hamilton completed a course on personal financial management given by telephone by Forbes & Newhard Credit Solutions, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Kansas.

Date: August 13, 2010

By: /s/Mendy Forbes

Name: Mendy Forbes

Title: Credit Counselor